IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 23-cv-0742 <br><br> Judge Martha M. Pacold |

ASSET RESTRAINT ORDER FOR CERTAIN DEFENDANTS

On February 9, 2023, this Court entered a Temporary Restraining Order ("TRO") [Dkt. Nos. 24, 25] as to the Defendants identified in Schedule A, including the Defendants listed below (hereinafter "Defendants"). The TRO [Dkt. No. 25] included, among other things, provisions to restrain funds in Defendants linked financial accounts, including funds held by eBay.

**IT IS HEREBY ORDERED** that the Temporary Restraining Order previously entered in this case shall be modified as to the Defendants as follows:

1. eBay shall continue to maintain a total restraint of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00) of funds in the eBay seller accounts of each of Defendants No. 56 "yyy5640" and No. 138 "ziqiu62" until final disposition of this case, or until further order of the Court.

2. eBay shall continue to maintain a total restraint of FIVE THOUSAND U.S. DOLLARS ($5,000.00) of funds in the eBay seller accounts of each of Defendants No. 29

"llly_7419", No. 31 "lyshu81", No. 60 "zhon_4742", No. 106 "ihop59" and No. 114 "mingd7529" until final disposition of this case, or until further order of the Court.

3. eBay shall continue to maintain a total restraint of THREE THOUSAND U.S. DOLLARS ($3,000.00) of funds in the eBay seller accounts of each of Defendants No. 42 "thel5045", No. 51 "xit_32" and No. 122 "sunxiao50" until final disposition of this case, or until further order of the Court.

4. eBay shall continue to maintain a total restraint of TWO THOUSAND U.S. DOLLARS ($2,000.00) of funds in the eBay seller accounts of each of Defendants No. 45 "tuoang668", No. 113 "maoming8" and No. 127 "tiqi60" until final disposition of this case, or until further order of the Court.

5. eBay shall continue to maintain a total restraint of ONE THOUSAND U.S. DOLLARS ($1,000.00) of funds in the eBay seller accounts of each of Defendants No. 7 "dzdl_31", No. 22 "kafeng66", No. 25 "lanm826", No. 35 "pinch_2341", No. 57 "zhan8432" and No. 99 "guhu-89" until final disposition of this case, or until further order of the Court.

6. Upon service of a copy of this Order, eBay shall immediately release all of the funds for the above-referenced Defendants in their respective eBay seller accounts, except for the restraints included in paragraphs 1-5 above.

7. eBay is ordered to fully restore the operation and functionality of the aforementioned marketplace storefronts of the Defendants listed in paragraphs 1-5 above, except for the sale of products including "Bestway" in the listing or promotional materials.

8. Plaintiff shall serve a copy of this Consent Order on eBay within three (3) business days of entry of this Order.

Dated: March 21, 2023

                                                        ENTER

                                                        <u>/s/ Martha M. Pacold</u>
                                                        Martha M. Pacold