IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 23-cv-0742 <br><br> Judge Martha M. Pacold |

## MOTION FOR LEAVE TO FILE AN AMENDED SCHEDULE A

Plaintiff BESTWAY INFLATABLES & MATERIAL CORP. ("Plaintiff"), by and through its undersigned counsel, for its Motion for Leave to file an Amended Schedule A, states as follows:

1. On February 7, 2023, Plaintiff filed its Complaint in this case. [Dkt. No. 1].

2. Plaintiff now seeks leave to file an Amended Complaint and dismiss the following Defendants with prejudice. Each party shall bear its own attorney's fees and costs.

   Defendant No. 1 "areyourshop-010"

   Defendant No. 5 "caiyanyantiger"

   Defendant No. 12 "fy_uswarehouse"

   Defendant No. 17 "hotsaleshop-05"

   Defendant No. 27 "led_autolight"

Defendant No. 34 "peninsulahome"

Defendant No. 40 "superplaza-12"

Defendant No. 54 "ysmotorparts"

Defendant No. 86 "artudatech-04"

Defendant No. 91 "dormousesleep"

Defendant No. 102 "hotsaleshop-04"

Defendant No. 103 "hw2392"

Defendant No. 119 "racingmtp"

Defendant No. 120 "reachmall-11"

Defendant No. 121 "soloovee1991"

Defendant No. 123 "superplaza-02"

Defendant No. 124 "superplaza-07"

Defendant No. 128 "topteng-08"

Defendant No. 129 "ubestshop-02"

Defendant No. 130 "vehicleusa2021"

Defendant No. 132 "xlautoparts_hw"

Defendant No. 135 "yxshop"

Defendant No. 139 "ztparts_uk"

Defendant No. 157 "Artoneday"

Defendant No. 159 "CDLYD"

Defendant No. 165 "Fearlessin"

Defendant No. 166 "Gratying"

Defendant No. 171 "H-Z-J"

    Defendant No. 191 "Xihmeny"

  3.  The Federal Rules of Civil Procedure provide, in relevant part, that a plaintiff may amend its complaint with leave of Court. Federal Rule of Civil Procedure Rule 15(a)(2).

  4.  Courts generally grant leave to amend a pleading when justice so requires. Plaintiff submits that the filing of an Amended Schedule A to dismiss this Defendant is appropriate at this time for the matter to proceed. No motion is pending relative to these Defendants.

  WHEREFORE, Plaintiff BIGFOOT 4x4, INC. moves this Honorable Court to enter an Order granting it leave to file an Amended Schedule A and dismiss these Defendants with prejudice.

DATED: April 10, 2023      Respectfully submitted,

                By:  <u>s/ Michael A. Hierl</u>
                    Michael A. Hierl (Bar No. 3128021)
                    William B. Kalbac (Bar No. 6301771)
                    Robert P. McMurray (Bar No. 6324332)
                    Hughes Socol Piers Resnick & Dym, Ltd.
                    Three First National Plaza
                    70 W. Madison Street, Suite 4000
                    Chicago, Illinois 60602
                    (312) 580-0100

                    Attorneys for Plaintiff
                    BESTWAY INFLATABLES &
                    MATERIAL CORP.

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Leave to File an Amended Schedule A was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 10, 2023.

                                                        s/Michael A. Hierl